UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAESHAWN FREEMAN,

    Plaintiff,

v.                                              Case No. 5:20cv257-TKW-MJF

CAPTAIN BROWN and LT. BRANCH,

    Defendants.

_____/

**ORDER**

    This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 20). No objections were filed. Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders. Accordingly, it is

    **ORDERED** that:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     This case is **DISMISSED** without prejudice based on Plaintiff's failure to comply with court orders.

3. The Clerk shall close the case file

**DONE and ORDERED** this 31st day of January, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**